UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID B. KIMMELMAN,

    Plaintiff,

v.                                            Case No. 06-15248
                                              Hon. Sean F. Cox

LEGACY GOLF COURSE, Limited Partnership;
and HEATHER DOWNS MANAGEMENT, Ltd.

    Defendants.
_____

### ORDER DISMISSING CASE

This matter is before the Court for Plaintiff's failure to show cause why this case should not be dismissed for lack of subject matter jurisdiction pursuant to the Court's Order to Show Cause entered December 1, 2006. [Doc. 2]. Plaintiff failed to demonstrate that the Court has diversity subject matter jurisdiction.

Accordingly, Plaintiff's case is **DISMISSED**.

**IT IS SO ORDERED.**

                                              **S/Sean F. Cox**
                                              **Sean F. Cox**
                                              **United States District Judge**

**Dated:  January 5, 2007**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on January 5, 2007, by electronic and/or ordinary mail.**

                                              **s/Jennifer Hernandez**
                                              **Case Manager**